IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEDRIC R. ALLEN,

    Plaintiff,               1: 05 CV 146 AWI WMW PC

    vs.                          ORDER

J. RIVERA, et al.,

    Defendants.

On April 10, 2008, an order to show cause was entered, directing Plaintiff to show cause why his application to proceed in forma pauperis should not be revoked pursuant to 28 U.S.C. § 1915(g). On May 21, 2008, Plaintiff filed a response to the order to show cause. The court finds good cause to discharge the order to show cause.

Accordingly, IT IS HEREBY ORDERED that the April 10, 2008, order to show cause is discharged.

IT IS SO ORDERED.

**Dated:**   **August 5, 2008**                      /s/ William M. Wunderlich
                                                    UNITED STATES MAGISTRATE JUDGE

1