1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   CEDRIC R. ALLEN,                                    CASE NO. 1:05-cv-00146-AWI-SKO PC

10                          Plaintiff,                 ORDER TO PROVIDE FURTHER RESPONSE
                                                       TO COURT ORDER
11          v.
                                                       (Doc. 20)
12   J. RIVERA, et al.,

13                          Defendants.
                                                    /
14   ────────────────────────────────

15          Plaintiff Cedric R. Allen ("Plaintiff") is a state prisoner proceeding pro se and in forma

16   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 18, 2010, the Court

17   screened Plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915A. (Doc. #20.) The Court

18   found that Plaintiff's first amended complaint stated some cognizable claims and some non-

19   cognizable claims.  Plaintiff was ordered to notify the Court of whether he wished to (1) proceed

20   only on the claims found to be cognizable by the Court, or (2) file a second amended complaint

21   which cures the deficiencies in his non-cognizable claims.  Plaintiff has failed to obey the Court's

22   March 18, 2010 order.

23          The Court notes that on April 23, 2010, Plaintiff filed a motion requesting appointment of

24   counsel, in part because "Plaintiff does not know what papers should now be filed or submitted to

25   the court. . . ."  (Ex Parte Mot. for Assignment of Counsel, and Supporting Mem. of P. & A. and

26   Decl. ¶ 7.)  Plaintiff's motion for appointment of counsel was denied on April 27, 2010. (Doc. #23.)

27          Plaintiff is again ordered to notify the Court of whether he wishes to proceed only on the

28   claims found to be cognizable by the Court or whether Plaintiff wishes to file a second amended

1

1  complaint.   Although Plaintiff has indicated that he is unfamiliar with the Court's filing

2  requirements, Plaintiff is advised that this order is relatively simple and does not require the

3  assistance of a lawyer.  Within thirty (30) days of the date of service of this order, Plaintiff must file

4  a notice indicating whether Plaintiff is willing to proceed only on the claims found to be cognizable,

5  or whether he intends to file a second amended complaint.  **Plaintiff is warned that the failure to**

6  **obey this order may result in the dismissal of this action.**

7      Accordingly, it is HEREBY ORDERED that:

8      1.    Within **thirty (30) days** from the date of service of this order, Plaintiff must either:

9          a.    File an amended complaint curing the deficiencies identified by the Court in

10              the March 18, 2010 screening order, or

11         b.    Notify the Court in writing that he does not wish to file a second amended

12              complaint and wishes to proceed only against Defendants Rivera, Quillen,

13              Beer, Munoz, McVay, Beattles, and Felin for the violation of Plaintiff's rights

14              under the Eighth Amendment; and

15     2.    If Plaintiff fails to comply with this order, this action may be dismissed for failure to

16          obey a court order.

17

18  IT IS SO ORDERED.

19  **Dated:    May 22, 2010**                                 /s/ Sheila K. Oberto
                                                    UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28