# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC R. ALLEN,<br><br>        Plaintiff,<br><br>   v.<br><br>J. RIVERA, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:05-cv-146 AWI GBC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. Nos. 45, 59) |

    Plaintiff Cedric Allen ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 21, 2011, Defendants filed a motion to dismiss. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On August 27, 2012, the Magistrate Judge filed a Findings and Recommendation ("F&R") that recommended denying Defendants' motion. The F&R was served on the parties and contained notice that any objection to the F&R was to be filed by September 20, 2012. No objections have been filed.

    In accordance with the provisions of 28 U.S.C. § 636(b), this Court has reviewed this case. Having carefully reviewed the entire file, the Court finds the F&R to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    The Findings and Recommendations, filed August 27, 2012 (Doc. No. 59), is ADOPTED in full; and

    2.    Defendants' motion to dismiss (Doc. No. 45) is DENIED.

IT IS SO ORDERED.

Dated:   September 25, 2012

CHIEF UNITED STATES DISTRICT JUDGE