# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC R. ALLEN,<br><br>            Plaintiff,<br><br>       v.<br><br>J. RIVERA, et al.<br><br>            Defendants. | Case No.  1:05-cv-00146-AWI-SAB PC<br><br>ORDER PERMITTING PLAINTIFF OPPORTUNITY TO FILE OPPOSITION IN LIGHT OF SEPARATELY-ISSUED SUMMARY JUDGMENT NOTICE<br><br>THIRTY-DAY DEADLINE |

   Plaintiff Cedric R. Allen ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

   On July 3, 2012, Defendants filed a motion for summary judgment.  (Doc. #53.)  Plaintiff did not file an opposition.  However, Plaintiff was not given "fair notice" of the requirements for opposing a motion for summary judgment at the time the motion was brought, as required by Woods v. Carey, 684 F.3d 934, 939 (9th Cir. 2012).

   By separate order issued concurrently with this order, the Court will provide Plaintiff with the requisite notice regarding the requirements for opposing a motion for summary judgment. The Court will also grant Plaintiff leave to file an opposition to Defendant's motion for summary judgment within thirty (30) days of the date of service of this order.

/ / /

/ / /

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's opposition to Defendants' motion for summary judgment shall be filed within **thirty (30) days** of the date of service of this order.

IT IS SO ORDERED.

Dated:   **January 31, 2013**              /s/ Stanley A. Boone
                                  UNITED STATES MAGISTRATE JUDGE