# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC R. ALLEN,<br><br>            Plaintiff,<br><br>      v.<br><br>J. RIVERA, et al.<br><br>            Defendant. | Case No. 1:05-cv-00146-AWI-SAB<br><br>**ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>TWENTY-ONE DAY DEADLINE |

Plaintiff Cedric R. Allen ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. On July 3, 2012, Defendants Battles, Beer, McVay, Munoz, Quillen and Rivera ("Defendants") filed a motion for summary judgment. (ECF No. 53.) Plaintiff has not filed an opposition to the motion for summary judgment.

Plaintiff has not filed an opposition despite the fact that over eight months have passed since Defendants filed their motion and the Court issued an order permitting Plaintiff to file an opposition after providing Plaintiff with a Rand warning on February 1, 2013. (ECF No. 64.)

Based on Plaintiff's failure to oppose Defendant's motion to dismiss, even after express prompting, it is unclear whether Plaintiff is actively prosecuting this case. Due to the Court's heavy caseload, the Court is not in a position to expend its limited resources resolving a motion when it is unclear whether Plaintiff intends to continuing pursuing this case. Accordingly, the Court will order to file an opposition or statement of non-opposition to Defendant's motion. If

1

**Plaintiff does not file some form of response indicating that he is actively prosecuting this case, the Court will dismiss Plaintiff's claims for failure to prosecute.**

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall file an opposition or statement of non-opposition to Defendant's motion for summary judgment within twenty-one (21) days of the date of service of this order; and

2. Plaintiff is warned that the failure to comply with this order will result in dismiss of this action, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated:   **March 15, 2013**

UNITED STATES MAGISTRATE JUDGE