# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC R. ALLEN,<br><br>            Plaintiff,<br><br>    v.<br><br>J. RIVERA, et al.,<br><br>            Defendants. | Case No.  1:05-cv-00146-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(ECF Nos, 53 & 73) |

Plaintiff Cedric R. Allen is a state prisoner appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Currently before the Court is Defendants' motion for summary judgment.  (ECF No. 53.)  On May 1, 2013, the Magistrate Judge issued a findings and recommendations recommending denying Defendants' motion for summary judgment.  (ECF No. 73.)  The parties did not file any objections to the findings and recommendations.

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

1

1   Accordingly, it is HEREBY ORDDERED that:

2   1.   The Court adopts the findings and recommendations filed on May 1, 2013, in full;

3   and

4   2.   This matter is referred back to the Magistrate Judge to set this matter for trial.

IT IS SO ORDERED.

Dated:   June 26, 2013

SENIOR  DISTRICT  JUDGE