# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC R. ALLEN,<br><br>                    Plaintiff<br><br>          v.<br><br>J. RIVERA, et al.,<br><br>                    Defendants. | CASE No. 1:05-cv-00146-SAB (PC)<br><br>ORDER FOR SCHEDULING CONFERENCE |

Plaintiff Cedric R. Allen, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 2, 2005. This action for damages is proceeding against Defendants Rivera, Quillen, Beer, Munoz, McVay, Beattles, and Does I through V for excessive force, in violation of the Eighth Amendment of the United States Constitution. On August 16, 2013, the District Court Judge assigned this action to the undersigned following the parties' consent to Magistrate Judge jurisdiction. (ECF No. 79.) This action is now ready to be set for trial. In the interest of accommodating the parties' schedules, the Court will hold a telephonic hearing for scheduling purposes. Accordingly,

IT IS HEREBY ORDERED that:

1. A telephonic scheduling hearing will be held on **August 27, 2013**, at 10:00 a.m. in Courtroom 9, before the undersigned;
2. Counsel for defendant is directed to arrange for telephone contact with Plaintiff; and

///
///
///

3.  Counsel for defendant is directed to contact the Courtroom Deputy, Mamie Hernandez, at (559) 499-5672, prior to the hearing date, to receive instructions regarding the conference call.

IT IS SO ORDERED.

Dated:   **August 19, 2013**

UNITED STATES MAGISTRATE JUDGE