# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC R. ALLEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. RIVERA, et al.,<br><br>　　　　　Defendants. | Case No.  1:05-cv-00146-SAB (PC)<br><br>ORDER TO CORRECT CLERICAL ERROR REGARDING DEADLINE FOR OPPOSITION TO MOTIONS IN LIMINE<br><br>(ECF No. 83) |

Plaintiff Cedric R. Allen ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. On August 28, 2013, the Court issued trial scheduling order.  (ECF No. 83.)  Due to inadvertent clerical error, the Court now corrects the deadline for the filing of any opposition to motions in limine.  Fed. R. Civ. P. 60(a).  Page eight, line four, should state that the deadline for filing an opposition to a motion in limine, if any, is **Tuesday, October 8, 2013**, not Tuesday, October 18, 2013.

IT IS SO ORDERED.

Dated:   **August 30, 2013**

　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE