# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC ALLEN,<br><br>            Plaintiff,<br><br>     v.<br><br>J. RIVERA, et al.,<br><br>            Defendants. | Case No.  1:05-cv-00146-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO VOLUNTARILY DISMISS DOES I-IV<br><br>[ECF No. 85] |

Plaintiff Cedric Allen is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States magistrate judge.  Local Rule 305(b).

On September 16, 2013, Plaintiff filed a notice to voluntarily dismiss four Doe defendants in this action.  In accordance with Plaintiff's request, Does I through IV, are HEREBY DISMISSED from the action.

IT IS SO ORDERED.

Dated:    **September 17, 2013**

UNITED STATES MAGISTRATE JUDGE

1