# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC ALLEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. RIVERA, et al.,<br><br>　　　　Defendants. | Case No. 1:05-cv-00146-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S ORAL MOTION TO DISMISS DEFENDANT DOE V |

Plaintiff Cedric Allen is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for jury trial on November 20, 2013, at 1:00 p.m. before the undersigned. On October 15, 2013, the undersigned conducted a motion in limine hearing. Plaintiff and defense counsel appeared telephonically.

At the hearing, Plaintiff requested voluntarily to dismiss Defendant Doe V from the action.

///
///
///
///
///

1

1 | Accordingly, it is HEREBY ORDERED that Defendant Doe V is DISMISSED from the
2 | action.

IT IS SO ORDERED.

Dated: **October 15, 2013**

UNITED STATES MAGISTRATE JUDGE