UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC ALLEN,<br><br>        Plaintiff,<br><br>    v.<br><br>J. RIVERA, et al.,<br><br>        Defendants. | Case No.: 1:05-cv-00146-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO PRESENT VIDEO TESTIMONY OF DOCTOR J. JOHNSTON |

Plaintiff Cedric Allen is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

The case is currently set for a jury trial on November 20, 2013. On October 15, 2013, the Court held a motion in limine hearing. At the hearing, Defendants requested to present the testimony of Doctor J. Johnston by way of video conference.

Federal Rule of Civil Procedure 43(a) provides:

> At trial, the witnesses' testimony must be taken in open court unless a federal statute, the Federal Rules of Evidence, these rules, or other rules adopted by the Supreme Court provide otherwise. For good cause in compelling circumstances and with appropriate safeguards, the court may permit testimony in open court by contemporaneous transmission at a different location.

As discussed at the hearing, due to the current location and medical issues of Dr. Johnston, the Court finds such compelling circumstances and good cause exists to allow the testimony of Dr.

1

Johnston by video conference in the Federal Courthouse in Bakersfield, California. Defense counsel must provide an additional copy of the trial exhibit binder for use during Dr. Johnston's testimony at the Bakersfield location.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request to present Dr. Johnston's testimony via video conference is GRANTED;

2. Dr. Johnston must be available to testify by way of the video conference starting on Thursday, November 21, 2013 at 1:30 p.m. to 5:00 p.m., to on November 22, 2013, from 8:00 a.m. to 12:00 p.m., at the United States Probation office in the United States District Court, 510 19th Street, Suite 150, Bakersfield, California, 93301;

3. Defendants are advised that when they call Dr. Johnston, within the time frame established above, that he must be ready to testify immediately after the conclusion of the last witness before him, just as if he were testifying in open court; and

4. The pretrial order filed September 23, 2013, is amended to reflect defense counsel to provide an additional copy of the trial exhibit binder for use during Dr. Johnston's testimony in Bakersfield, California.

IT IS SO ORDERED.

Dated: __October 18, 2013__                    _____
                                                UNITED STATES MAGISTRATE JUDGE