# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC ALLEN,<br><br>            Plaintiff,<br><br>       v.<br><br>J. RIVERA, et al.,<br><br>            Defendants. | Case No.  1:05-cv-00146-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR TUTORIAL SESSION<br><br>[ECF No. 115] |

Plaintiff Cedric Allen is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for jury trial on November 20, 2013, at 1:00 p.m.

Now pending before the Court is Plaintiff's motion for a tutorial session, filed on October 15, 2013.

Plaintiff's motion is granted.  Plaintiff will receive instructions on the use of the Court's electronic equipment on November 20, 2013, prior to the beginning of the trial.  In addition, per

///
///
///
///
///

1

1  Plaintiff's request, the Court has attached a copy of the trial conduct and decorum for Plaintiff's
2  review and assistance during trial.

IT IS SO ORDERED.

Dated: **October 29, 2013**

UNITED STATES MAGISTRATE JUDGE