**FILED**

NOV 20 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC R. ALLEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. RIVERA, et.al.,<br><br>　　　　Defendants. | Case No. 1:05-cv-00146-SAB (PC)<br><br>ORDER THAT INMATE KEVIN IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

A jury trial in this matter commenced on November 20, 2013, and is now concluded. Accordingly, inmate Kevin Fields C.D.C.R. Inmate No. P-83425, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: November 20, 2013

_____
UNITED STATES MAGISTRATE JUDGE