FILED

NOV 21 2013

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC R. ALLEN<br><br>           Plaintiff,<br><br>     v.<br><br>J. RIVERA, et.al..<br><br>           Defendants. | Case No. 1:05-cv-00146-SAB (PC)<br><br>ORDER THAT INMATE HACKWORTH IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

A jury trial in this matter commenced on November 21, 2013, and is now concluded. Accordingly, inmate Hackworth C.D.C.R. Inmate No. C-96290, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: November 21, 2013

_____
UNITED STATES MAGISTRATE JUDGE

1