FILED
NOV 21 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC R. ALLEN, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>J. RIVERA, et.al., <br><br>　　　　　Defendants. | Case No. 1:05-cv-00146-SAB (PC) <br><br> ORDER THAT INMATE JORDAN EMORY BAXTER IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

A jury trial in this matter commenced on November 21, 2013, and is now concluded. Accordingly, inmate Jordan Emory Baxter C.D.C.R. Inmate No. AE-4871, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: November 21, 2013

_____
UNITED STATES MAGISTRATE JUDGE

1