FILED

NOV 21 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC R. ALLEN | Case No. 1:05-cv-00146-SAB (PC) |
| Plaintiff, | ORDER THAT INMATE MARTIN J. BIBBS IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |
| v. | |
| J. RIVERA, et.al., | |
| Defendants. | |

A jury trial in this matter commenced on November 21, 2013, and is now concluded. Accordingly, inmate Martin J. Bibbs C.D.C.R. Inmate No. H-03951, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: November 21, 2013

_____
UNITED STATES MAGISTRATE JUDGE

1