

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC R. ALLEN,<br><br>        Plaintiff,<br><br>    v.<br><br>J. RIVERA, et.al.,<br><br>        Defendants. | Case No. 1:05-cv-00146-SAB (PC)<br><br>ORDER THAT PLAINTIFF IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

A jury trial in this matter commenced on November 20, 2013, and is now concluded. Accordingly, Plaintiff Cedric R. Allen, C.D.C.R. Inmate No. C-79722, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: November 22, 2013

UNITED STATES MAGISTRATE JUDGE