

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CEDRIC ALLEN,

        Plaintiff,

vs.

J. RIVERA, et al,

        Defendants.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:05-cv-00146-SAB (PC)

    IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Federal Rules of Civil Procedures 50, JUDGMENT AS A MATTER OF LAW IS GRANTED IN FAVOR OF DEFENDANT D. BATTLES ONLY.

    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANTS J. RIVERA, R. BEER, MCVAY, F. MUNOZ, T. QUILLEN and against PLAINTIFF CEDRIC ALLEN.

DATED:  November 22, 2013

MARIANNE MATHERLY, Clerk

By: _____
    Deputy Clerk